**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WICKERSTY, WILLIAM JOSEPH | § | Case No. 10-75057 |
| WICKERSTY, JENNIFER LYNN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    211 South Court Street
    Room 110
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/29/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                                                            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WICKERSTY, WILLIAM JOSEPH | § | Case No. 10-75057 |
| WICKERSTY, JENNIFER LYNN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,000.38 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 30,000.38 |
| **Balance on hand:** | $ 30,000.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | McHenry Savings Bank | 190,715.50 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 30,000.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,626.91 | 0.00 | 3,626.91 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,006.00 | 0.00 | 2,006.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,632.91 |
| Remaining balance: | $ 24,367.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,367.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 24,367.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,106.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 3,465.72 | 0.00 | 3,465.72 |
| 2 | Chase Bank USA, N.A. | 5,136.50 | 0.00 | 5,136.50 |
| 3 | Chase Bank USA, N.A. | 3,575.06 | 0.00 | 3,575.06 |
| 4 | Chase Bank USA, N.A. | 4,843.10 | 0.00 | 4,843.10 |
| 5 | OPHRYS, LLC | 1,027.18 | 0.00 | 1,027.18 |
| 7 | GE Money Bank | 716.46 | 0.00 | 716.46 |
| 8 | GE Money Bank | 930.74 | 0.00 | 930.74 |
| 9 | PYOD LLC its successors and assigns as assignee of | 3,412.16 | 0.00 | 3,412.16 |

Total to be paid for timely general unsecured claims: $ 23,106.92
Remaining balance: $ 1,260.55

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1,260.55

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,260.55

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $30.68.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,229.87.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                     Case No. 10-75057-MB
William Joseph Wickersty                                   Chapter 7
Jennifer Lynn Wickersty
          Debtors           CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez               Page 1 of 1             Date Rcvd: Jun 07, 2011
                              Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2011.
db/jdb       +William Joseph Wickersty,    Jennifer Lynn Wickersty,    966 E. Stone Creek Circle,
               Crystal Lake, IL 60014-1936
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
16263943      Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
16263951      Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
16263947      Centegra Hospital,    P.O. Box 1990,    Woodstock, IL 60098-1990
16263944      Chase Bank,    P.O. Box 15153,    Wilmington, DE 19886-5153
16564524      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16392576     +Credit First NA,    POB 81344,    Cleveland, OH 44181-0344
16392575     +Direct Merchants Bank,    POB 17313,    Baltimore, MD 21297-1313
16263950      Genpact Services,    P.O. Box 1969,    Southgate, MI 48195-0969
16392574     +Household Bank,    POB 17051,    Baltimore, MD 21297-1051
16263945     +Integrity Financial,    4370 W. 109th Street, #100,    Overland Park, KS 66211-1316
16263942     +Juniper Card,    P.O. Box 13337,    Philadelphia, PA 19101-3337
16263948     +NCO Financial System,    P.O. Box 15630, Dept. 99,    Wilmington, DE 19850-5630
16649430     +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
16832516     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16263949      Shell,    P.O. Box 183018,    Columbus, OH 43218-3018
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16365721     +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2011 00:22:52     GE Money Bank,
               Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
               Attn: Ramesh Singh
16805561      E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2011 00:22:51     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16263933     +E-mail/Text: pthon@mchenrysavings.com Jun 07 2011 23:28:46     McHenry Savings Bank,
               353 Bank Drive,    McHenry, IL 60050-0506
16263946     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jun 07 2011 23:29:09     Northwest Collectors,
               3601 Algonquin Road, #232,    Rolling Meadows, IL 60008-3143
16263934     +E-mail/Text: TFSBANKRUPTCIES@THIRDFEDERAL.COM Jun 07 2011 23:29:27     Third Federal,
               7007 Broadway Avenue,    Cleveland, OH 44105-1490
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2011**                    **Signature:** *Joseph Speetjens*