**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: WICKERSTY, WILLIAM JOSEPH             § Case No. 10-75057
       WICKERSTY, JENNIFER LYNN              §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $255,950.00 *(without deducting any secured claims)* | Assets Exempt: $5,850.00 |
| Total Distribution to Claimants: $23,146.41 | Claims Discharged Without Payment: $10,478.51 |
| Total Expenses of Administration: $5,632.91 | |

3) Total gross receipts of $ 30,000.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,221.54 (see **Exhibit 2**), yielded net receipts of $28,779.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $250,030.49 | $190,715.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,632.91 | 5,632.91 | 5,632.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,883.66 | 23,146.41 | 23,146.41 | 23,146.41 |
| **TOTAL DISBURSEMENTS** | $282,914.15 | $219,494.82 | $28,779.32 | $28,779.32 |

4) This case was originally filed under Chapter 7 on October 12, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2011   By: /s/STEPHEN G. BALSLEY
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in estate of Richard Peirce, Dec., wife | 1129-000 | 30,000.00 |
| Interest Income | 1270-000 | 0.86 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WICKERSTY, WILLIAM JOSEPH | Dividend paid 100.00% on $1,221.54; Claim# SURPLUS; Filed: $1,221.54; Reference: | 8200-000 | 1,221.54 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,221.54** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | McHenry Savings Bank | 4110-000 | 189,079.88 | 190,715.50 | 0.00 | 0.00 |
| NOTFILED | Third Federal | 4110-000 | 60,950.61 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$250,030.49** | **$190,715.50** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,626.91 | 3,626.91 | 3,626.91 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,006.00 | 2,006.00 | 2,006.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 5,632.91 | 5,632.91 | 5,632.91 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 3,299.82 | 3,465.72 | 3,465.72 | 3,465.72 |
| 1I | Chase Bank USA, N.A. | 7990-000 | N/A | 5.92 | 5.92 | 5.92 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 5,111.50 | 5,136.50 | 5,136.50 | 5,136.50 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 8.78 | 8.78 | 8.78 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 3,457.89 | 3,575.06 | 3,575.06 | 3,575.06 |
| 3I | Chase Bank USA, N.A. | 7990-000 | N/A | 6.11 | 6.11 | 6.11 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 4,648.99 | 4,843.10 | 4,843.10 | 4,843.10 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 8.28 | 8.28 | 8.28 |
| 5 | OPHRYS, LLC | 7100-000 | 971.70 | 1,027.18 | 1,027.18 | 1,027.18 |
| 5I | OPHRYS, LLC | 7990-000 | N/A | 1.76 | 1.76 | 1.76 |
| 7 | GE Money Bank | 7100-000 | 686.50 | 716.46 | 716.46 | 716.46 |
| 7I | GE Money Bank | 7990-000 | N/A | 1.22 | 1.22 | 1.22 |
| 8 | GE Money Bank | 7100-000 | 870.00 | 930.74 | 930.74 | 930.74 |
| 8I | GE Money Bank | 7990-000 | N/A | 1.59 | 1.59 | 1.59 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 3,358.75 | 3,412.16 | 3,412.16 | 3,412.16 |
| 9I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 5.83 | 5.83 | 5.83 |
| NOTFILED | Northwest Collectors | 7100-000 | 375.24 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 140.96 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 1,136.65 | N/A | N/A | 0.00 |
| NOTFILED | Credit First N.A. | 7100-000 | 819.55 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital | 7100-000 | 1,941.67 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchants Bank | 7100-000 | 998.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial System | 7100-000 | 796.50 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 4,019.94 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 32,883.66 | 23,146.41 | 23,146.41 | 23,146.41 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75057  
**Case Name:** WICKERSTY, WILLIAM JOSEPH  
WICKERSTY, JENNIFER LYNN  
**Period Ending:** 10/13/11

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/12/10 (f)  
**§341(a) Meeting Date:** 11/15/10  
**Claims Bar Date:** 02/22/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 966 E. Stone Creek Crystal Lake, IL 60014 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account held jointly with spouse Locati | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods and furnishings Lo | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books and pictures Location: Debto | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary wearing apparel in Debtors' possession | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous jewelry in Debtors' possession | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc, sports equipment in Debtors' possession | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Interest in estate of Richard Peirce, Dec., wife   Settled pursuant to Order to Compromise Controversy entered February 7, 2011. | Unknown | 30,000.00 | DA | 30,000.00 | FA |
| 9 | 2002 Dodge Grand Caravan & 1999 Cadillac | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.86 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$255,950.00** | **$30,000.00** | | **$30,000.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

[Updated by Surplus to Debtor Report based on Net Estate Value: 28769.83]

**Initial Projected Date Of Final Report (TFR):**   September 1, 2011    **Current Projected Date Of Final Report (TFR):**   March 16, 2011  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-75057 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | WICKERSTY, WILLIAM JOSEPH | | Bank Name: | The Bank of New York Mellon |
| | WICKERSTY, JENNIFER LYNN | | Account: | 9200-******73-65 - Money Market Account |
| Taxpayer ID #: | **-***1365 | | Blanket Bond: | $373,000.00   (per case limit) |
| Period Ending: | 10/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/11 | {8} | William Wickersty | Proceeds to compromise controversy | 1129-000 | 30,000.00 | | 30,000.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 30,000.14 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 30,000.38 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,000.63 |
| 06/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.23 | | 30,000.86 |
| 06/29/11 | | To Account #9200******7366 | Transfer funds from MMA to Checking Account | 9999-000 | | 30,000.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,000.86 | 30,000.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 30,000.86 | |
| | | | **Subtotal** | | 30,000.86 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.86** | **$0.00** | |

{} Asset reference(s)  
Printed: 10/13/2011 11:31 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75057  
**Case Name:** WICKERSTY, WILLIAM JOSEPH  
WICKERSTY, JENNIFER LYNN  
**Taxpayer ID #:** **-***1365  
**Period Ending:** 10/13/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/11 | | From Account #9200******7365 | Transfer funds from MMA to Checking Account | 9999-000 | 30,000.86 | | 30,000.86 |
| 06/29/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,006.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,006.00 | 27,994.86 |
| 06/29/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,626.91, Trustee Compensation;  Reference: | 2100-000 | | 3,626.91 | 24,367.95 |
| 06/29/11 | 103 | Chase Bank USA, N.A. | Dividend paid 100.00% on $3,465.72; Claim# 1; Filed: $3,465.72; Reference: | 7100-000 | | 3,465.72 | 20,902.23 |
| 06/29/11 | 104 | Chase Bank USA, N.A. | Dividend paid 100.00% on $5,136.50; Claim# 2; Filed: $5,136.50; Reference: | 7100-000 | | 5,136.50 | 15,765.73 |
| 06/29/11 | 105 | Chase Bank USA, N.A. | Dividend paid 100.00% on $3,575.06; Claim# 3; Filed: $3,575.06; Reference: | 7100-000 | | 3,575.06 | 12,190.67 |
| 06/29/11 | 106 | Chase Bank USA, N.A. | Dividend paid 100.00% on $4,843.10; Claim# 4; Filed: $4,843.10; Reference: | 7100-000 | | 4,843.10 | 7,347.57 |
| 06/29/11 | 107 | OPHRYS, LLC | Dividend paid 100.00% on $1,027.18; Claim# 5; Filed: $1,027.18; Reference: | 7100-000 | | 1,027.18 | 6,320.39 |
| 06/29/11 | 108 | GE Money Bank | Dividend paid 100.00% on $716.46; Claim# 7; Filed: $716.46; Reference: | 7100-000 | | 716.46 | 5,603.93 |
| 06/29/11 | 109 | GE Money Bank | Dividend paid 100.00% on $930.74; Claim# 8; Filed: $930.74; Reference: | 7100-000 | | 930.74 | 4,673.19 |
| 06/29/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $3,412.16; Claim# 9; Filed: $3,412.16; Reference: | 7100-000 | | 3,412.16 | 1,261.03 |
| 06/29/11 | 111 | Chase Bank USA, N.A. | Dividend paid 100.00% on $5.92; Claim# 1I; Filed: $5.92; Reference: | 7990-000 | | 5.92 | 1,255.11 |
| 06/29/11 | 112 | Chase Bank USA, N.A. | Dividend paid 100.00% on $8.78; Claim# 2I; Filed: $8.78; Reference: | 7990-000 | | 8.78 | 1,246.33 |
| 06/29/11 | 113 | Chase Bank USA, N.A. | Dividend paid 100.00% on $6.11; Claim# 3I; Filed: $6.11; Reference: | 7990-000 | | 6.11 | 1,240.22 |
| 06/29/11 | 114 | Chase Bank USA, N.A. | Dividend paid 100.00% on $8.28; Claim# 4I; Filed: $8.28; Reference: | 7990-000 | | 8.28 | 1,231.94 |
| 06/29/11 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $5.83; Claim# 9I; Filed: $5.83; Reference: | 7990-000 | | 5.83 | 1,226.11 |
| 06/29/11 | 116 | WICKERSTY, WILLIAM JOSEPH | Dividend paid 100.00% on $1,221.54; Claim# SURPLUS; Filed: $1,221.54; Reference: | 8200-000 | | 1,221.54 | 4.57 |
| 06/29/11 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 4.57 | 0.00 |
| | | | Dividend paid 100.00% on $1.76;  Claim# 5I; Filed: $1.76     1.76 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $1.22;  Claim# 7I;     1.22 | 7990-000 | | | 0.00 |

Subtotals :  $30,000.86   $30,000.86

{} Asset reference(s)

Case 10-75057   Doc 44   Filed 11/29/11   Entered 11/29/11 11:17:16   Desc Main
Document   Page 9 of 9

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-75057  
**Case Name:** WICKERSTY, WILLIAM JOSEPH  
WICKERSTY, JENNIFER LYNN  
**Taxpayer ID #:** **-***1365  
**Period Ending:** 10/13/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1.22 | | | | |
| | | | Dividend paid 100.00% on $1.59; Claim# 8I; Filed: $1.59    1.59 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,000.86 | 30,000.86 | $0.00 |
| | | | Less: Bank Transfers | | 30,000.86 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,000.86 | |
| | | | Less: Payments to Debtors | | | 1,221.54 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $28,779.32 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******73-65** | 30,000.86 | 0.00 | 0.00 |
| **Checking # 9200-******73-66** | 0.00 | 28,779.32 | 0.00 |
| | $30,000.86 | $28,779.32 | $0.00 |

{} Asset reference(s)    Printed: 10/13/2011 11:31 AM   V.12.57